IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

     v.                                     Case No. 12-cv-633-wmc

DEB GLEASON, *et al.*,

        Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick L. Smith's request for leave to proceed and dismissing the complaint with prejudice as legally frivolous and malicious.

        /s/ E. Clark, Deputy Clerk                1/10/2014
        Peter Oppeneer, Clerk of Court              Date